446 F.2d 45
 UNITED STATES of America, Plaintiff-Appellee,
v.
Jesus Oscar TREVINO, Defendant-Appellant
 No. 30691.
 United States Court of Appeals, Fifth Circuit.
 Aug. 19, 1971.
 
 Oscar Pena, Laredo, Tex., court-appointed, for defendant-appellant.
 Anthony J. P. Farris, U.S. Atty., James R. Gough, Edward B. McDonough, Jr., Anthony C. Aguilar, Asst. U.S. Attys., Houston, Tex., for plaintiff-appellee.
 Before GOLDBERG, GODBOLD and RONEY, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966